FILED: 12/3/24
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.  4:24CR255 |
| | § | Judge  SDJ/AGD |
| ETHAN SKORICK | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. § 248(a)(3)
(Freedom of Access to Clinic Entrances (FACE) Act)

On or about May 7, 2022, in the Eastern District of Texas, the defendant, **Ethan Skorick**, intentionally damaged and destroyed the property of facilities, namely, Loreto House pregnancy resource center and Woman to Woman pregnancy resource center located in Denton, Texas, and attempted to do so, because such facilities provided reproductive health services.

In violation of 18 U.S.C. § 248(a)(3).

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

Dated: _____

_____
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Ph.:   (972) 509-1201
Fax:  (972) 509-1209 (fax)
Email: Tracey.Batson@usdoj.gov

Dated: _____

*Sanjay Patel*
_____
SANJAY H. PATEL
Trial Attorney – Civil Rights Division
Illinois Bar No. 6272840
150 M St. NE, 7th Floor
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No.  4:24cr255<br>Judge  SDJ/AGD |
| ETHAN SKORICK | § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 248(a)(3)

Penalty:    Imprisonment of not more than 12 months, a fine not to exceed $100,000, or both; and a term of supervised release of not more than one (1) year.

    If it is shown the defendant has a prior FACE Act conviction by any court - Imprisonment for a term of not more than three (3) years and, a fine not to exceed $250,000, or both; and a term of supervised release of not more than one (1) year.

Special Assessment: $100.00