IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:24CR255 |
| | § | Judge Jordan |
| ETHAN SKORICK | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Ethan Skorick**, have entered into a plea agreement in relation to the pending charges.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

 /s/
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Email:Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic mail on January 14, 2025.

 /s/
TRACEY M. BATSON