IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:24CR255 |
| | § | Judge Jordan |
| ETHAN SKORICK | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Information with a violation of 18 U.S.C. § 248(a)(3), Freedom of Access to Clinic Entrances (FACE) Act. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. The defendant intentionally damaged or destroyed the facility described in the Information; and

2. The defendant did so knowingly and because the facility was being used to provide reproductive health services.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

    /s/
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Email: Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served via electronic mail to defense counsel on January 14, 2025.

                                                /s/
                                      TRACEY M. BATSON