

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | Judge |
| ETHAN SKORICK | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Ethan Skorick** ("Skorick"), defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Dimitri Dube**, that this factual basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On or about May 7, 2022, officers with the Denton Police Department responded to service calls from two separate reproductive health facilities – Loreto House and Woman to Woman pregnancy resource centers – reporting vandalism and property damage.

2. The reported vandalism included graffiti and security camera damage. Loreto House pregnancy resource center had the following messages spray painted on the exterior of the facility's building: "not a clinic" and "forced birth is murder." Loreto House security cameras were also spray painted over so that they could not function properly. Woman to Woman pregnancy

FACTUAL BASIS – Page 1
*Ethan Skorick*

resource center had the following messages spray painted on the facility doors: "not a clinic" and "pro birth [does not equal] pro life."

3. Security footage from both facilities show **Ethan Skorick** vandalizing and damaging the facilities' property during the early morning hours on May 7, 2022.

4. I, **Ethan Skorick,** admit that I used spray paint to vandalize and damage property belonging to Loreto House and Woman to Woman resource centers because both facilities provide reproductive health services that I opposed. I **Ethan Skorick** further admit that I committed the vandalism and property damage because I was angered by the United States Supreme Court's decision to overturn *Roe v. Wade*, which previously provided Constitutional protections for abortion services.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 248(a)(3).

Dated: 9-26

ETHAN SKORICK
Defendant

FACTUAL BASIS -- Page 2
Ethan Skorick

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Ethan Skorick**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 10/4/24

_____
DIMITRI DUBE
Attorney for Defendant